B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Top Shelv Worldwide, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all) <br> **46-1915997** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **5117 Garfield Road** <br> **Auburn, MI** <br> ZIP Code **48611** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Bay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Top Shelv Worldwide, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Top Shelv Worldwide, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Elias T. Xenos**
Signature of Attorney for Debtor(s)

**Elias T. Xenos P60729**
Printed Name of Attorney for Debtor(s)

**The Xenos Law Firm, PLC**
Firm Name

**550 W. Merrill Street**
**Suite 100**
**Birmingham, MI 48009**

Address

**Email: etx@XenosLawFirm.com**
**(248) 812-9495  Fax: (248) 498-6272**
Telephone Number

**August 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Manojkumar B. Shah**
Signature of Authorized Individual

**Manojkumar B. Shah**
Printed Name of Authorized Individual

**Principal**
Title of Authorized Individual

**August 31, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Top Shelv Worldwide, LLC**   ,   Case No. _____

Debtor

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Auburn Holdco, LLC**<br>**5117 Garfield Road**<br>**Auburn, MI 48611** | **Equity** | **100%** | **Membership Interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Principal of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 31, 2015**      Signature **/s/ Manojkumar B. Shah**

                                                                                       **Manojkumar B. Shah**
                                                                                       **Principal**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Top Shelv Worldwide, LLC**                                        Case No.
                                    Debtor(s)                              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Principal of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 31, 2015**                     **/s/ Manojkumar B. Shah**
                                               **Manojkumar B. Shah**/**Principal**
                                               Signer/Title

ABC Supply Company
3185 Wolf Road
Saginaw, MI 48601


AIS Rentals
4600 AIS Drive
Bridgeport, MI 48722


Alpha Contracting and Development
P.O. Box 691
Bay City, MI 48707


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Anthony Gushow and Sons Excavating
1676 W. Midland Road
Auburn, MI 48611


APEX Surveyors & Engineers
820 S. Huron Road
Linwood, MI 48634


Astrike Financial, PLLC
1618 Denver Street
Midland, MI 48640


Bailey Insurance
512 W. Buttles Street
Midland, MI 48640


Barclays - Frontier Airlines
Card Services
P.O. Box 8801
Wilmington, DE 19899-8801


Bay County Treasurer
515 Center Avenue
Bay City, MI 48708


Bierlien Co. Inc.
2000 Bay City Road
Midland, MI 48642

Boyle Burdette
14950 E. Jefferson Avenue
Grosse Pointe, MI 48230


Capital Stack LLC
11 Broadway
Suite 814
New York, NY 10004


Central Ceiling and Partition
3900 Centennial Drive #A
Midland, MI 48642


Chase Ink
Card Services
P.O. Box 15298
Wilmington, DE 19850


Chase Slate
Card Services
P.O. Box 15298
Wilmington, DE 19850


Cline, Close & Dyer
143 McDonald Street
Midland, MI 48640


Coca-Cola Refreshments
Bay City Sales Center
2329 Paysphere Circle
Chicago, IL 60674-2329


Coles Custom Concrete
P.O. Box 155
Sanford, MI 48657


Concrete Cutting Specialists
10333 Hercules Road
Freeland, MI 48623


Consumers Energy
P.O. Box 740309
Cincinnati, OH 45274-0309

```
D&M Flooring
304 S. Fourth Street
Coleman, MI 48618


Dewitt Lumber
1875 Airport Road
Midland, MI 48642


Empire Industries
125 Ashman Street #3
Midland, MI 48640


Fitness Anywhere LLC
755 Sansome Street
San Francisco, CA 94133


Great Lakes Concret Pumping
7206 W. Wackerly Street
Midland, MI 48642


Hymmco
6666 Bay Road
Saginaw, MI 48604


Jensen Bridge and Supply
400 Stoney Creek Drive
Sandusky, MI 48471


Johnson Door & Central Vac Systems Inc.
811 Crain Hill Road
Mount Pleasant, MI 48858


Lake Painting
2877 Venture Drive
Midland, MI 48640


Lamber Leser, Attorneys at Law
916 Washington Avenue
Suite 309
Bay City, MI 48708


Lightstream - Sun Trust Bank
P.O. Box 85024
Richmond, VA 23285-5024
```

McNally-Nimergood Co.
5825 Dixie Hwy.
Saginaw, MI 48601


Members First Credit Union
P.O. Box 2165
Midland, MI 48641-2165


Midland Daily News
124 McDonald Street
Midland, MI 48640


Midland Glass Company
3057 Mercantile Drive
Midland, MI 48642


Midland Paper Company
3900 James Savage Road #1
Midland, MI 48642


Mlive Media Group
3192 Walker Ridge Drive NW
Grand Rapids, MI 49544


NES Rentals
8420 W. Bryn Mawr Avenue #310
Chicago, IL 60631


Northern Concrete Pipe
401 Kelton Street
Bay City, MI 48706


Penfed
P.O. Box 456
Alexandria, VA 22313-0456


PNC Bank
5200 Eastman Avenue
Midland, MI 48640


QRP Printing
3000 James Savage Road
Midland, MI 48642

Quality Asphalt Paving, Inc.
5990 M-99 North
Homer, MI 49245


Rainbow Exteriors/Interiors
1241 S. Huron Road
Kawkawlin, MI 48631


Reliabile Plumbing & Heating
414 E. Lyon Road
Midland, MI 48640


Sequin Lumber
3881 N. Euclid Avenue
Bay City, MI 48706


Siding World
5393 N. Michigan Road
Saginaw, MI 48604


Snyder & Staley Engineering
3085 Bay Road
Saginaw, MI 48603


Sports IT/Arena Sports Inc.
9040 Willows Road NE
Suite 102
Redmond, WA 98053


Standord LP Gas
3611 N. Eastman Road
Midland, MI 48642


Sugar Construction
2968 Venture Drive
Midland, MI 48640


Superior Poured Walls
3506 Bobcat Lane
Midland, MI 48642


Talmer Bank and Trust
2301 W. Big Beaver Road
Suite 525
Troy, MI 48084

TCP Investments LLC
240 W. Main Street
Suite 1000
Midland, MI 48640


The Farley Group/Four Courts
6 Kerr Crescent
Guelph
Ontario, Canada N1H 6H9


Trillium Staffing Agency
5226 State Street
Saginaw, MI 48603


Valley Electrical Contractors
3079 E. Commercial Drive
Midland, MI 48642


Van Wert Glass
401 N. Euclid Avenue
Bay City, MI 48706


West Auburn Media
1491 W. Midland Road
Auburn, MI 48611


Willams Township Treasurer
1080 W. Midland Road
Auburn, MI 48611


WNEM TV 5
107 Franklin
Saginaw, MI 48607


World Bank Visa
Bank Plaza Office Branch
220 S. 6th Street
Suite 220
Minneapolis, MN 55402


WW Grainger Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5201