B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Top Shelv Worldwide, LLC**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alpha Contracting and Development<br>P.O. Box 691<br>Bay City, MI 48707 | Alpha Contracting and Development<br>P.O. Box 691<br>Bay City, MI 48707 | Construction labor/materials | | 18,000.00 |
| Anthony Gushow and Sons Excavating<br>1676 W. Midland Road<br>Auburn, MI 48611 | Anthony Gushow and Sons Excavating<br>1676 W. Midland Road<br>Auburn, MI 48611 | Construction labor/materials | | 441,889.00 |
| APEX Surveyors & Engineers<br>820 S. Huron Road<br>Linwood, MI 48634 | APEX Surveyors & Engineers<br>820 S. Huron Road<br>Linwood, MI 48634 | Construction labor/materials | | 23,343.00 |
| Bailey Insurance<br>512 W. Buttles Street<br>Midland, MI 48640 | Bailey Insurance<br>512 W. Buttles Street<br>Midland, MI 48640 | Insurance premiums | | 17,439.00 |
| Capital Stack LLC<br>11 Broadway<br>Suite 814<br>New York, NY 10004 | Capital Stack LLC<br>11 Broadway<br>Suite 814<br>New York, NY 10004 | Business loan | | 33,700.00 |
| Central Ceiling and Partition<br>3900 Centennial Drive #A<br>Midland, MI 48642 | Central Ceiling and Partition<br>3900 Centennial Drive #A<br>Midland, MI 48642 | Construction labor/materials | | 59,930.00 |
| Chase Ink<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 | Chase Ink<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 | Credit card purchases | | 17,982.18 |
| Consumers Energy<br>P.O. Box 740309<br>Cincinnati, OH 45274-0309 | Consumers Energy<br>P.O. Box 740309<br>Cincinnati, OH 45274-0309 | Utility services | | 53,950.36 |
| Dewitt Lumber<br>1875 Airport Road<br>Midland, MI 48642 | Dewitt Lumber<br>1875 Airport Road<br>Midland, MI 48642 | Construction labor/materials | | 34,730.00 |
| Members First Credit Union<br>P.O. Box 2165<br>Midland, MI 48641-2165 | Members First Credit Union<br>P.O. Box 2165<br>Midland, MI 48641-2165 | Business loan | | 23,586.43 |

B4 (Official Form 4) (12/07) - Cont.

In re **Top Shelv Worldwide, LLC** / Debtor(s)    Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Northern Concrete Pipe<br>401 Kelton Street<br>Bay City, MI 48706 | Northern Concrete Pipe<br>401 Kelton Street<br>Bay City, MI 48706 | Construction labor/materials | | 26,195.00 |
| Penfed<br>P.O. Box 456<br>Alexandria, VA 22313-0456 | Penfed<br>P.O. Box 456<br>Alexandria, VA 22313-0456 | Business loan | | 26,050.02 |
| PNC Bank<br>5200 Eastman Avenue<br>Midland, MI 48640 | PNC Bank<br>5200 Eastman Avenue<br>Midland, MI 48640 | Business loan | | 24,563.27 |
| Quality Asphalt Paving, Inc.<br>5990 M-99 North<br>Homer, MI 49245 | Quality Asphalt Paving, Inc.<br>5990 M-99 North<br>Homer, MI 49245 | Asphalt paving | | 95,000.00 |
| Reliabile Plumbing & Heating<br>414 E. Lyon Road<br>Midland, MI 48640 | Reliabile Plumbing & Heating<br>414 E. Lyon Road<br>Midland, MI 48640 | Plumbing and heating labor/services | | 63,463.00 |
| Snyder & Staley Engineering<br>3085 Bay Road<br>Saginaw, MI 48603 | Snyder & Staley Engineering<br>3085 Bay Road<br>Saginaw, MI 48603 | Building engineering services | | 18,775.00 |
| Sugar Construction<br>2968 Venture Drive<br>Midland, MI 48640 | Sugar Construction<br>2968 Venture Drive<br>Midland, MI 48640 | Construction labor/materials | | 139,757.00 |
| The Farley Group/Four Courts<br>6 Kerr Crescent<br>Guelph<br>Ontario, Canada N1H 6H9 | The Farley Group/Four Courts<br>6 Kerr Crescent<br>Guelph | Business loan | | 1,213,228.00 |
| Valley Electrical Contractors<br>3079 E. Commercial Drive<br>Midland, MI 48642 | Valley Electrical Contractors<br>3079 E. Commercial Drive<br>Midland, MI 48642 | Electrical labor/materials | | 123,484.00 |
| WW Grainger Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | WW Grainger Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | Industrial supplies | | 16,621.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Principal of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 31, 2015**    Signature **/s/ Manojkumar B. Shah**
**Manojkumar B. Shah**
**Principal**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.